```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Daniel Casanova

    v.                                    Case No. 21-cv-851-PB

N.H. State Prison Corrections Officer
FNU Ramos, et al.

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 28, 2022, and dismiss Claims 5, 6(a), 6(b), and 7, and all claims asserted against the State of New Hampshire; drop DOC Commissioner Helen Hanks, DOC Medical and Forensics Director Paula Mattis, and the State of New Hampshire as defendants; and deny Mr. Casanova's three motions for summary judgment (Doc. Nos. 13, 24, 28), without prejudice, as premature.

                                              /s/Paul Barbadoro
                                              Paul J. Barbadoro
                                              United States District Judge

Date: March 9, 2022

cc: Daniel Casanova, pro se