```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Daniel Casanova

    v.                                                             Case No. 21-cv-851-PB

Corporal Nunez fka FNU Ramos, et. al.

## ORDER

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 8, 2023, and deny the motion to serve Ms. Mattis (Doc. no. 83). "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                            /s/Paul Barbadoro
                                                            Paul J. Barbadoro
                                                            United States District Judge

Date: June 7, 2023

cc: Daniel Casanova, pro se
    Counsel of Record