```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Daniel Casanova

    v.                                      Case No. 1:21-cv-851-PB

N.H. State Prison Corrections Officer
FNU Ramos et al.

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 31, 2024, and grant in part and deny in part the motion for summary judgment, doc. no. 92.

                                                /s/Paul Barbadoro
                                                Paul J. Barbadoro
                                                United States District Judge

Date: February 20, 2024

cc: Daniel Casanova, pro se
    Counsel of Record