UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Daniel Casanova

    v.

N.H. State Prison Corrections Officer
FNU Ramos, et. al.

Case No. 1:21-cv-851-PB

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 1, 2024, and grant "Defendant Nunez's Second Motion for Summary Judgment" (Doc. No. 112) and dismiss without prejudice Casanova's state law claims against Nunez to the plaintiff's ability to refile those claims in state court. The clerk's office is directed to enter judgment and close this case.

                                                             /s/Paul Barbadoro
                                            Paul J. Barbadoro
                                            United States District Judge

Date: July 16, 2024

cc: Daniel Casanova, pro se
    Counsel of Record